STATE OF MONTANA,
    Plaintiff,                           CAUSE NO. DC-12-32
-vs-                                   DECISION
CHRISTOPHER LEVI JOHNSON,
    Defendant.

On June 2, 2014, the Defendant was sentenced for <u>Count I</u>: Partner or Family Member Assault (Third or Subsequent Offense), a Felony, in violation of MCA §45-5-206, to a commitment to the Department of Corrections for a period of five (5) years for placement in an appropriate treatment facility or program. The Court recommends that the Defendant be screened and considered for placement in a Pre-Release program. The Defendant is given credit in the amount of Two Hundred Seventy Six (276) days. This sentence imposed shall run concurrently with the Defendant's sentence in companion to Musselshell County Cause DC-13-11.

On November 7, 2014, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Ed Sheehy, Jr., Montana Office of Public Defender. The State was not represented.

Before hearing the Application, the Defendant's counsel made an oral motion to dismiss the Defendant's Application for Review of Sentence without prejudice. Mr. Sheehy stated that the Defendant needs to file a post-conviction relief with the District Court and requested that the sentence review hearing be continued to take place during the May 2015 hearings to afford time for the post-conviction relief.

It is the unanimous decision of the Division that the Defendant's motion to dismiss the Defendant's Application for Review of Sentence without prejudice is GRANTED. The Defendant will have sixty (60) days from the date of the District Court's decision to file his Application for Review of Sentence with the Musselshell County Clerk of District Court.

Done in open Court this 7th day of November, 2014.
DATED this 24th day of November, 2014.
Chairperson, Hon. Brad Newman, Member Hon. Kathy Seeley and Member Hon. Brenda Gilbert.